# CRIMINAL COMPLAINT
## (Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America** <br> v. <br> **Leopoldo BALDERRAMA-Cruz** <br> DOB: 1980; Mexican Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO. <br> 23-09255MJ |

Complaint for violation of Title 18, United States Code, § 554(a)

On or about November 6, 2023, in the District of Arizona, **Leopoldo BALDERRAMA-Cruz** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: a Windrunner M96 .50 Caliber BMG rifle with a Leopold Mark 4 Scope bearing serial number 102875J, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On November 6, 2023, **Leopoldo BALDERRAMA-Cruz** attempted to exit the United States and enter the Republic of Mexico through the DeConcini Port of Entry in Nogales, Arizona. Customs and Border Protection Officers (CBPOs) were conducting outbound inspections when they stopped **Leopoldo BALDERRAMA-Cruz**, who was the driver and registered owner of a white 2005 Chevrolet Trailblazer bearing Sonoran license plate WBD939B. **BALDERRAMA-Cruz's** wife was a passenger in the vehicle. CBPO Reyes referred the vehicle for inspection. CBPO received a negative declaration from **BALDERRAMA-Cruz** for any weapons, ammunition, or currency more than $10,000 dollars to declare. CBPO Reyes inquired about **BALDERRAMA-Cruz's** travel and **BALDERRAMA-Cruz** stated he had been at the Walmart in Nogales, AZ for the past four hours. CBPO Reyes found this suspicious because **BALDERRAMA-Cruz** did not have any bags from Walmart, despite spending several hours shopping. CBPO Reyes referred **BALDERRAMA-Cruz** to the Z-Portal area for further inspection.

At the Z-Portal inspection area, CBPO Z-Portal operator M. Mortensen noticed anomalies in the rear quarter panel of **BALDERRAMA-Cruz's** vehicle. CBPO officers conducted a search of the quarter panels and discovered a Windrunner M96 .50 Caliber BMG rifle with a Leopold Mark 4 Scope bearing serial number 102875J that had been broken down and hidden within the driver and passenger side quarter panels. CBPO officers placed **BALDERRAMA-Cruz** and his wife in handcuffs during which **BALDERRAMA-Cruz** spontaneously uttered "she had nothing to do with this".

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE:   N/A

| DETENTION REQUESTED <br> Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT <br> *IAN J ELICH* <br> Digitally signed by IAN J ELICH <br> Date: 2023.11.07 18:07:52 -07'00' |
|---|---|
| AUTHORIZED BY AUSA *Raquel Arellano*  RAQUEL ARELLANO  Digitally signed by RAQUEL ARELLANO Date: 2023.11.07 18:01:49 -07'00' | OFFICIAL TITLE <br> HSI Special Agent Ian J. Elich |
| **Sworn by telephone  x** | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE <br> November 7, 2023 |

[1]  See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

**(BASIS OF COMPLAINT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**

In a post-*Miranda* interview, **BALDERRAMA-Cruz's** wife stated that she crossed the international border with her husband, **Leopoldo BALDERRAMA-Cruz** enroute for Phoenix, AZ. She stated that she traveled to Phoenix to shop at Walmart. (Agent's Note: A Walmart receipt with an address in Phoenix was found during a search of the 2005 Trailblazer she was traveling in with **BALDERRAMA-Cruz**.) She stated that she and **BALDERRAMA-Cruz** were just going to purchase clothes, but was unable to explain why they drove almost four hours to shop at Walmart in Phoenix when there is a Walmart located minutes away in Nogales, AZ.

The firearm found in the vehicle qualifies as a United States Commerce Control List item and therefore is prohibited by law for export from the United States into Mexico without a valid license.



